Bernard McFADDEN, Plaintiff—Appellant,

v.

Glenn ALWINE, SCDC Medical Board Director; John A. Davis; Lisa Parnell, Head nurse Wateree Correctional Institution; Charlette Greco, Practitioner Wateree Correctional Institution, in their official, individual, or personal capacities, Defendants—Appellees.

No. 05–7448.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2006.

Decided April 6, 2006.

Bernard McFadden, Appellant Pro Se. Robert E. Lee, Benjamin Albert Baroody, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina, for Appellees.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernard McFadden appeals the district court's order adopting the report and rec-

ommendation of magistrate judge and denying relief on his complaint under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McFadden v. Allen,* No. CA–04–2421–3 (D.S.C. Aug. 3, 2005; Aug. 5, 2005). We deny as moot McFadden's motion to compel the district court to file three affidavits, because the affidavits are included in the district court's record as attachments to McFadden's Motion in Opposition to Defendants' Motion to Dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*